

Villanova University School of Law Digital Repository

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-17-2007

# Banks v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-1307

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Banks v. Atty Gen USA" (2007). *2007 Decisions.* Paper 1092.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1092

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 07-1307
_____

TRAVIS BANKS, Appellant

v.

UNITED STATES ATTORNEY GENERAL
_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 07-cv-00182)
District Judge: Honorable Mary A. McLaughlin
_____

Submitted For Possible Summary Action Under
Third Circuit LAR 27.4 and I.O.P. 10.6

Before:      BARRY, AMBRO and FISHER,  Circuit Judges

(Filed: May 17, 2007)
_____

OPINION
_____

PER CURIAM

        Travis Banks appeals from an order dismissing his petition for writ of

habeas corpus.  This case arises from Banks' arrest in the District of Columbia for

carrying a dangerous weapon (a flare gun) on the steps of the United States Supreme

Court in September 2006.  Banks was incarcerated and subsequently filed a petition for

writ of habeas corpus in the United States District Court for the District of Columbia.  See

Banks v. United States Attorney General, Civ. No. 07-cv-00021.[1]

Banks also filed a petition for writ of habeas corpus in January 2007, in the United States District Court for the Eastern District of Pennsylvania.  As noted by the District Court, it is somewhat unclear the relief Banks sought by filing this petition in the Eastern District of Pennsylvania.  To the extent that Banks' petition could be perceived as a habeas petition pursuant to 28 U.S.C. § 2241, he must file the petition in the District Court having jurisdiction over Banks' custodian (which is not the Eastern District of Pennsylvania).  See Rumsfeld v. Padilla, 542 U.S. 426, 442 (2004).  Therefore, because Banks' appeal presents no substantial question, we will summarily affirm.[2]  Banks' motion to seal, motion for security tapes, motion for default and summary judgment as well as his motion for an emergency hearing and witness protection are denied.

---

[1] This habeas petition is still pending in the District Court for the District of Columbia.

[2] To the extent that Banks' petition could be perceived as a habeas petition pursuant to 28 U.S.C. § 2254, see Coady v. Vaughn, 251 F.3d 480, 484-85 (3d Cir. 2001), we would deny a certificate of appealability.  Banks cannot bring a § 2254 habeas petition in the Eastern District of Pennsylvania under these circumstances.  See 28 U.S.C. § 2241(d).

2